DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475




FILED
AUG 5 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
PATSY T. ELBUHEL

Chapter 13
Case No. 05-3-0570 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $4.37 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 037 | CLERK OF THE COURT FOR PERFORMANCE CAPITAL MGMT 7001 VILLAGE DR, STE 255 BUENA PARK, CA 90621 | $4.37 |

Dated:   August 4, 2010

_____
CECILIA MARCELO
Receipts Administrator